**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**MATTHEW FLEEGER,**

    **Plaintiff,**

**v.**                                                                   **Case No:  5:12-CV-294-Oc-32PRL**

**WACHOVIA BANK**

    **Defendant.**

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion for Leave to Depose Federal Inmate Jeffrey Allen Phillips.  (Doc. 20.)  Plaintiff represents that Defendant has no objection to Plaintiff's Motion.

Plaintiff seeks leave from the Court to take the deposition of Mr. Jeffrey Allen Phillips, who is presently incarcerated in the United States Federal Correctional Institution in Edgefield, South Carolina.  Pursuant to Rule 30(a)(2), a party "must obtain leave of court, and the court must grant leave to the extent consistent with the principles stated in Rule 26(b)(2)[,]" if the person to be examined is confined in prison.  Upon a review of Plaintiff's Motion, the Court determines that the deposition of Mr. Phillips complies with the principles outlined in Rule 26(b)(2).[1]

---

[1] Rule 26(b)(2) provides, in pertinent part, that the Court may limit discovery if it determines that (1) the discovery sought is unreasonably cumulative or duplicative, or is obtainable from some other source that is more convenient, less burdensome, or less expensive; (2) the party seeking discovery has had ample opportunity by discovery in the action to obtain the information sought; and (3) the burden or expense of the propose discovery outweighs its likely benefit.

Accordingly, Plaintiff's Motion (Doc. 20) is **GRANTED**. Plaintiff shall be permitted to depose Mr. Phillips. Plaintiff shall coordinate the scheduling of the deposition with the proper authorities at the correctional institution.

**IT IS SO ORDERED.**

**DONE** and **ORDERED** in Ocala, Florida on November 7, 2012.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: All Counsel