**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

MATTHEW FLEEGER,

        Plaintiff,

vs.                                           Case No. 5:12-cv-294-Oc-32PRL

WACHOVIA BANK,

        Defendant.
_____

## ORDER

This case is before the Court on Defendant Wachovia Bank's Motion to Dismiss Second Amended Complaint (Doc. 6). Upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation on November 21, 2012, recommending that the motion be denied as to Counts I, II, III, IV, V, and VII and granted as to Count VI (equitable estoppel claim). (Doc. 22.)

Neither party filed objections and the time in which to do so has passed. Upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 22), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 22) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Defendant's Motion to Dismiss Second Amended Complaint (Doc. 6) is **DENIED** as to Counts I, II, III, IV, V, and VII and **GRANTED** as to Count VI. Count VI (Equitable Estoppel) of the Second Amended Complaint is **DISMISSED with prejudice**.

3. Defendant shall answer the Second Amended Complaint no later than **January 7, 2013**. By that same date, the parties should submit an amended case management report with requested deadlines. The current case management and scheduling order (Doc. 12) is vacated.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on this 14th day of December, 2012.

_____
TIMOTHY J. CORRIGAN
United States District Judge

sa.
Copies:

Honorable Philip R. Lammens
United States Magistrate Judge

Counsel of Record